

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-406-CV

BRIAN EDWARD FRANKLIN                                                    APPELLANT

V.

THE CITY OF FORT WORTH, FORT                                          APPELLEES
WORTH CIVIL SERVICE COMMISSION,
AND NORMAN BENNETT

----------

### FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Withdrawal Of Notice Of Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: December 18, 2008

---

[1] *See* Tex. R. App. P. 47.4.